**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 06-6775**

ELTON LEE WILLIAMS,

                Plaintiff - Appellant,

        v.

VIRGINIA DEPARTMENT OF CORRECTIONS; SERGEANT HAMILTON;
SERGEANT COLLINS; LIEUTENANT GALLIHAR; OFFICER ELY,

                Defendants - Appellees.

Appeal from the United States District Court for the Western
District of Virginia, at Roanoke.  James P. Jones, District
Judge.  (7:02-cv-00499-JPJ)

Submitted:  February 25, 2011        Decided:  March 22, 2011

Before TRAXLER, Chief Judge, and GREGORY and SHEDD, Circuit
Judges.

Affirmed by unpublished per curiam opinion.

Elton Lee Williams, Appellant Pro Se.  Mark R. Davis, Assistant
Attorney General, Richmond, Virginia, for Appellees.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Elton Lee Williams appeals the district court's orders denying relief on his 42 U.S.C. § 1983 (2006) action and Religious Land Use and Institutionalized Persons Act, 42 U.S.C. §§ 2000cc to 2000cc-5 (2006), claim. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. See Williams v. Va. Dep't of Corr., No. 7:02-cv-00499-JPJ (W.D. Va. filed May 2, 2005 & entered May 3, 2005; November 29, 2005; March 21, 2006). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED